## 59654. COLEMAN v. THE STATE.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

ARGUED APRIL 15, 1980 — DECIDED JUNE 11, 1980.

*Thurber E. Baker,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert, III, Thomas W. Hayes, Assistant District Attorneys.*